WILLIAM R. MILLER, JUNIOR, V. ROBERT C. TUCKER, CHAIRMAN OF COUNTY DEMOCRATIC EXECUTIVE COMMITTEE OF HARRIS COUNTY, TEXAS, ET AL.

No. A-3698. Decided June 4, 1952.
(249 S. W., 2d Series, 947.)

278

Relator's motion for leave to file petition for writ of mandamus is overruled. The relief sought is injunctive and this Court has no original jurisdiction to grant injunctive relief. See Lane et al. v. Ross, Secretary of State, et al., decided May 28, 1952, 151 Texas 268, 249 S. W. 2d 591.

Opinion delivered June 4, 1952.

Associate Justice Smedley not sitting.